IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER CHAMBERLAIN                          PETITIONER

v.                          NO. 5:06CV00211 JMM

LARRY NORRIS, Director of the                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris.

IT IS SO ORDERED this 30th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE